From: 334 222 8178    Page: 3/6    Date: 5/10/2006 5:15:48 PM

| State of Alabama Unified Judicial System | SUMMONS - CIVIL - | Case Number |
|---|---|---|
| Form C-34    Rev 6/88 | | CV-06-20 |

IN THE __CIRCUIT__ COURT OF __COVINGTON__ COUNTY

**Plaintiff** Thomas Douglas, Administrator of the    v. **Defendant** TMA Forest Products Group, et al.

Estate of Sabena Gayle Douglas, Deceased

**NOTICE TO** __D & D Lumber Company, Inc. d/b/a Lockhart Lumber Company__

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF OR PLAINTIFF'S ATTORNEY __W. Eason Mitchell__ WHOSE ADDRESS IS __The Colom Law Firm, P.O. Box 866, Columbus, MS 39703__.

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN __30__ DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSON AUTHORIZED by the Alabama Rules of Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant.

☒ Service by certified mail of this summons is initiated upon the written request of _____ pursuant to the Alabama Rules of Civil Procedure.

FILED IN OFFICE

Date __JAN 30 2006__    _Roger A. Powell_    By: _____
Clerk/Register

☒ Certified Mail is hereby requested.

Plaintiff's/Attorney's Signature

---

CERTIFIED MAIL RECEIPT

| Postage | $ | .83 |
| Certified Fee | | 2.40 |
| Return Receipt Fee (Endorsement Required) | | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 6.08 |

D & D Lumber Company, Inc.
Paul S. Allersmeyer
John S. Hoenigmann
60 Wall Street
New York, NY 10005

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

D & D Lumber Company, Inc.
Paul S. Allersmeyer
John S. Hoenigmann
60 Wall Street
New York, NY 10005

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _Thomas_    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
_Thomas_

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered        ☒ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article

This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com