IN THE CIRCUIT COURT OF
COVINGTON COUNTY, ALABAMA

| | |
|---|---|
| THOMAS DOUGLAS, as Administrator Of the Estate of Sebera Gayle Douglas, Deceased,<br><br>**PLAINTIFFS**<br><br>vs.<br><br>TMA FOREST PRODUCTS GROUP, etc., et al.,<br><br>**DEFENDANTS** | CIVIL ACTION NO. CV-2006-0020<br><br>2:06CV 188-SRN |

## NOTICE OF FILING OF REMOVAL

To:   Circuit Court of Covington County, Alabama

Notice is hereby given that pursuant to U.S.C. §§ 1332, 1441 and 1446, Defendants Pactiv Corporation ("Pactiv") and Louisiana-Pacific Corporation ("Louisiana-Pacific") removed this case from the Circuit Court for Covington County, Alabama to the United States District Court for the Middle District of Alabama, Northern Division on Feburary 28, 2006.

A copy of the Notice of Removal filed with the United States District Court for the Middle District of Alabama is attached hereto as Exhibit A.

Respectfully submitted this 28th day of February, 2006.

_____
Dennis R. Bailey (BAI028)
Counsel for Defendant Louisiana-Pacific
Corporation

OF COUNSEL:
RUSHTON, STAKELY, JOHNSON, & GARRETT, P.A.
184 Commerce Street
Post Office Box 270
Montgomery, AL  36101-0270
Tel: (334) 206-3100
Fax: (334) 262-6277
Bailey e-mail: drb@rsjg.com
Huffaker e-mail: rah2@rsjg.com

## CERTIFICATE OF SERVICE

This is to certify that I have this day served upon all counsel of record a copy of the within and foregoing **FILING OF NOTICE OF REMOVAL** by causing a copy of same to be deposited in the United States Mail, postage prepaid, and properly addressed as follows:

| | |
|---|---|
| W. Eason Mitchell | Gregory A. Cade |
| The Colom Law Firm, LLC | Environmental Litigation Group |
| Post Office Box 866 | 3529 Seventh Avenue South |
| Columbus, Mississippi 39703-0866 | Birmingham, Alabama 35222 |

This 28th day of February, 2006.

_____
Dennis R. Bailey

ATL01/12156650v1

| State of Alabama<br>Unified Judicial System<br><br>Form C-34    Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number<br><br>CV-06-20 |
|---|---|---|

IN THE _____CIRCUIT_____ COURT OF _____COVINGTON_____ COUNTY

**Plaintiff**  Thomas Douglas, Administrator of the    **v. Defendant**  TMA Forest Products Group, et al.
Estate of Sebera Gayle Douglas, Deceased

**NOTICE TO** _____D & D Lumber Company, Inc. d/b/a Lockhart Lumber Company_____

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF OR PLAINTIFF'S ATTORNEY _____W. Eason Mitchell_____ WHOSE ADDRESS IS _____The Colom Law Firm, P.O. Box 866, Columbus, MS 39703_____.

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN __30__ DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSON AUTHORIZED by the Alabama Rules of Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant.

☒ Service by certified mail of this summons is initiated upon the written request of _____ pursuant to the Alabama Rules of Civil Procedure.

FILED IN OFFICE

Date _____JAN 30 2006_____     Roger A. Powell     By: _____
                                    Clerk/Register

                                    CLERK

☒ Certified Mail is hereby requested.    _____
                                         Plaintiff's/Attorney's Signature

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

| | |
|---|---|
| Postage | $ 1.83 |
| Certified Fee | 2.40 |
| Return Receipt Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.08 |

D & D Lumber Company, Inc.
Paul S. Allersmeyer
John S. Hoenigmann
60 Wall Street
New York, NY 10005

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

D & D Lumber Company, Inc.
Paul S. Allersmeyer
John S. Hoenigmann
60 Wall Street
New York, NY 10005

2. Arti
   (Tra
PS Fo

---

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery
Thomas

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

   [FEB 2006 postmark]

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

02595-02-M-1540

| State of Alabama<br>Unified Judicial System<br><br>Form C-34   Rev 6/88 | **SUMMONS**<br>**- CIVIL -** | Case Number<br><br>CV-06-20 |
|---|---|---|

IN THE _____CIRCUIT_____ COURT OF _____COVINGTON_____ COUNTY

**Plaintiff**   Thomas Douglas, Administrator of the     **v. Defendant**   TMA Forest Products Group, et al.

Estate of Sebera Gayle Douglas, Deceased

**NOTICE TO** _____Louisiana-Pacific Corporation_____

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF OR PLAINTIFF'S ATTORNEY _____W. Eason Mitchell_____ WHOSE ADDRESS IS _____The Colom Law Firm, P.O. Box 866, Columbus, MS 39703_____.

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN ___30___ DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSON AUTHORIZED by the Alabama Rules of Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant.

☒ Service by certified mail of this summons is initiated upon the written request of _____ pursuant to the Alabama Rules of Civil Procedure.

FILED IN OFFICE
JAN 30 2006

Date ___1/30/06___   _Roger A. Powell_ By: ___
                      Clerk/Register

☒ Certified Mail is hereby requested.

Plaintiff's/Attorney's Signature

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage P...)

| Postage | $ | 1.83 |
| Certified Fee | | 2.40 |
| Return Receipt Fee (Endorsement Required) | | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 6.08 |

Louisiana-Pacific Corporation
c/o United States Corporation
Company
150 South Perry Street
Montgomery, AL 36104

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Louisiana-Pacific Corporation
c/o United States Corporation
Company
150 South Perry Street
Montgomery, AL 36104

2. Article Number (Transfer from service label)   7000 0520 0016 3876 4829

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-154

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   J.S. Bellamy
C. Date of Delivery   2-1-06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

| State of Alabama<br>Unified Judicial System<br><br>Form C-34    Rev 6/88 | **SUMMONS**<br>**- CIVIL -** | Case Number<br><br>CV-06-20 |
|---|---|---|

IN THE _____CIRCUIT_____ COURT OF _____COVINGTON_____ COUNTY

**Plaintiff**  Thomas Douglas, Administrator of the    **v. Defendant**  TMA Forest Products Group, et al.

Estate of Sebera Gayle Douglas, Deceased

**NOTICE TO** _____TMA Forest Products Group or PACTIV Corporation_____

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF OR PLAINTIFF'S ATTORNEY _____W. Eason Mitchell_____ WHOSE ADDRESS IS _____The Colom Law Firm, P.O. Box 866, Columbus, MS  39703_____.

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN ___30___ DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSON AUTHORIZED by the Alabama Rules of Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant.

☒ Service by certified mail of this summons is initiated upon the written request of _____ pursuant to the Alabama Rules of Civil Procedure.

FILED IN OFFICE

Date _____JAN 30 2006_____    _Roger A. Powell_    By: _/s/_
                                    Clerk/Register

_Roger A. Powell_
CLERK

☒ Certified Mail is hereby requested.

_____
Plaintiff's/Attorney's Signature

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage P...)

| | |
|---|---|
| Postage | $ 1.83 |
| Certified Fee | 2.40 |
| Return Receipt Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.08 |

Recip: PACTIV Corporation
Street: c/o The Corporation Company
       2000 Interstate Park Drive
City:  Suite 204
PS Fo: Montgomery, AL 36109

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   PACTIV Corporation
   c/o The Corporation Company
   2000 Interstate Park Drive
   Suite 204
   Montgomery, AL  36109

2. Article Number
   (Transfer from service label)  7000 0520 0016 3876 4812

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-154

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _J. Slauson_    ☐ Agent  ☒ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   S. Slauson                      2-1-06

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes