IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 FEB 28 P 5: 10
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| THOMAS DOUGLAS, as Administrator of the Estate of SEBERA GAYLE DOUGLAS, deceased, | ) ) ) ) |
| Plaintiff, | ) Civil Action No. |
| | ) 2:06CV188-WKW |
| v. | ) (Removed from the Circuit Court of Covington County, Alabama, formerly Civil Action No. CV-06-20) |
| TMA FOREST PRODUCTS GROUP, A Division of Tennessee River Pulp and Paper Company, a Subsidiary of Packaging Corporation of America or PACTIVE CORPORATION a/k/a PACTIV; LOUISIANA-PACIFIC CORPORATION; D & D LUMBER COMPANY, INC. d/b/a LOCKHART LUMBER COMPANY; and DEFENDANTS A, B, C and D, | ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## CORPORATE DISCLOSURE STATEMENT

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

Pursuant to the rules of the United States District Court for the Middle District of Alabama, and in order to enable the Judges of this Court to evaluate possible disqualification or recusal, Defendant Pactiv Corporation states that it has no publicly traded affiliate, subsidiary or parent corporations.

Respectfully submitted this 28th day of February, 2006.

01302556.1

_____
H. Thomas Wells, Jr.
Alabama Bar No. WEL004
John A. Earnhardt
Alabama Bar No. EAR006
Counsel for Defendant Pactiv
Corporation

**OF COUNSEL**:
**MAYNARD, COOPER & GALE, P.C.**
1901 Sixth Avenue North
2400 AmSouth Harbert Plaza
Birmingham, AL 35203-2618
Telephone: 205.254.1000
Fax: 205.254.1999

IN THE UNITED STATES DISTRICT COURT FOR
**THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| THOMAS DOUGLAS, as Administrator of the Estate of SEBERA GAYLE DOUGLAS, deceased, | ) ) ) ) | |
| Plaintiff, | ) ) ) | Civil Action No. |
| v. | ) ) ) ) | (Removed from the Circuit Court of Covington County, AL, formerly Civil Action No. CV-06-20) |
| TMA FOREST PRODUCTS GROUP, A Division of Tennessee River Pulp and Paper Company, a Subsidiary of Packaging Corporation of America or PACTIVE CORPORATION a/k/a PACTIV; LOUISIANA-PACIFIC CORPORATION; D & D LUMBER COMPANY, INC. d/b/a LOCKHART LUMBER COMPANY; and DEFENDANTS A, B, C and D, | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served upon counsel of record a copy of the within and foregoing **CORPORATE DISCLOSURE STATEMENT** by causing a copy of same to be deposited in the United States Mail, postage prepaid, and properly addressed as follows:

*Counsel for Defendant Louisiana-Pacific Corporation:*
Dennis R. Bailey, Esq.
R. Austin Huffaker, Esq.
RUSHTON, STAKELY, JOHNSON, & GARRETT, P.A.
184 Commerce Street
Montgomery, AL 36104

01302556.1                                    3

*Attorneys for Plaintiffs:*

W. Eason Mitchell
The Colom Law Firm, LLC
Post Office Box 866
Columbus, MS 39703-0866

Gregory A. Cade
Environmental Litigation Group
3529 Seventh Avenue South
Birmingham, AL 35222

This 28th day of February, 2006.

_____
OF COUNSEL