IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THOMAS DOUGLAS, *as Administrator of the Estate of Sebera Gayle Douglas, deceased*, ) ) ) Plaintiff, ) ) v. ) ) TMA FOREST PRODUCTS GROUP, et al. ) ) Defendants. ) | CASE NO. 2:06-CV-188-WKW |

## **ORDER**

Upon consideration of Defendants' Consent Motion for Enlargement of Time to Respond to Complaint (Doc. # 5), it is ORDERED that said motion is GRANTED. Defendants shall respond to the Complaint on or before March 22, 2006.

DONE this the 6th day of March, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE