IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THOMAS DOUGLAS, as Administrator of the Estate of SEBERA GAYLE DOUGLAS, deceased,  )<br><br>Plaintiff,  )<br><br>vs.  )<br><br>TMA FOREST PRODUCTS GROUP, etc., et al.,  )<br><br>Defendants  ) | CASE NO. 2:06-cv-188-WKW-SRW |

**DEFENDANT PACTIV CORPORATION'S RULE 12(B)(6) MOTION TO DISMISS AND RULE 12(E) MOTION FOR A MORE DEFINITE STATEMENT**

Defendant Pactiv Corporation ("Pactiv"), by its attorneys and pursuant to Federal Rule of Civil Procedure 12(b)(6), hereby moves to dismiss the Complaint for failure to state a claim upon which relief can be granted. In the alternative, if Counts 3, 6, and/or 9 of the Complaint are not dismissed, Pactiv moves pursuant to Federal Rule of Civil Procedure 12(e) for a more definitive statement of those claims. In support of its motion, Pactiv files herewith a memorandum of law.

Dated: March 22, 2006

By:   s/ John A. Earnhardt
      H. Thomas Wells, Jr.
      Alabama Bar No. WEL004
      twells@maynarcooper.com
      John A. Earnhardt
      Alabama Bar No. EAR006
      jearnhardt@maynardcooper.com
      **Counsel for Pactiv Corporation**

OF COUNSEL:
**MAYNARD, COOPER & GALE, P.C.**
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, AL 35203
Tel: (205) 254-1000
Fax: (205) 254-1999

## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

*Counsel for Defendant Louisiana-Pacific Corporation:*
Dennis R. Bailey, Esq.
R. Austin Huffaker, Esq.
RUSHTON, STAKELY, JOHNSON, & GARRETT, P.A.
184 Commerce Street
Montgomery, AL 36104
drb@rsjg.com
rah2@rsjg.com

*Attorneys for Plaintiffs*:
W. Eason Mitchell
The Colom Law Firm, LLC
Post Office Box 866
Columbus, MS 39703-0866
emitchell@colom.com

Gregory A. Cade
Environmental Litigation Group
3529 Seventh Avenue South
Birmingham, AL 35222
gregc@elglaw.com

s/ John A. Earnhardt
OF COUNSEL