IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THOMAS DOUGLAS, as Administrator of the Estate of Sebera Gayle Douglas, deceased, | ) ) ) |
| Plaintiff, | ) ) |
| v. | )     CASE NO. 2:06-CV-188-WKW |
| TMA FOREST PRODUCTS GROUP, et al. | ) ) ) |
| Defendants. | ) |

**ORDER**

It is ORDERED that the plaintiff shall show cause **on or before April 14, 2006**, why the defendants' motions to dismiss (Doc. # 7 and Doc. # 9) should not be granted in whole or in part.

DONE this the 24th day of March, 2006.

                     /s/  W. Keith Watkins
                   UNITED STATES DISTRICT JUDGE