

LOCKHART LUMBER COMPANY

December 5, 1972

Mr. Ashton Wells
State Department of Public Health
Air Pollution Control Division
State Office Building
Montgomery, Alabama 36104

Dear Sir:

We would like to report the following and request that our Compliance Schedule be amended to concur:

Mr. Edd Douglas with Douglas Engineering Company has reported to us that he will have a workable system to modify our wood-waste boilers that will meet your specifications on or before March 1, 1973.

Respectfully,

LOCKHART LUMBER COMPANY, INC.

C. M. Jackson
Vice President

EXHIBIT A-1



# INDUSTRIAL FURNACE CONSTRUCTION COMPANY

EDWARD T. DOUGLASS, JR.
PRESIDENT

2709 5TH AVENUE, SO.
BIRMINGHAM 5, ALABAMA

April 13, 1973

Mr. Ashton Wells, Jr., Engineer
Air Pollution Control
State of Alabama
645 S. McDonough
Montgomery, Alabama 36104

Dear Mr. Wells:

Confirming our telephone conversation we are pleased to enclose copies of our drawing C1406 and letter of transmittal to Mr. Coy Jackson, Lockhart Lumber Company, regarding installation of automatic firing equipment at his plant.

As you will see from the drawing, the firing system is divided into two parts, that is, one utilizing bark and other heavy refuse in our standard CD type stoker; the other consists of two Roto Valve even feed systems to be operated primarily with dry, planer mill refuse from the dust house. It is our thinking that, since these two types of fuel are so different, the best method of firing would be to separate the operations and handle each type of fuel separately. All boilers would be equipped with the tangential furnace and electric eye smoke detectors.

Should you have any questions regarding this, please do not hesitate to let me know.

Very truly yours

INDUSTRIAL FURNACE COMPANY, INC.

Edward T. Douglass, Jr.

ETD.p
encl





EXHIBIT A-2

**TMA Forest Products Group**   **Division of Tennessee River Pulp & Paper Company**   

A Tenneco Company

Headquarters
Post Office Box 1487
Andalusia, Alabama 36420
(205) 222-6575

March 5, 1979

Mr. Fermon Lindsey
Compliance Inspector
Alabama Air Pollution
   Control Commission
645 South McDonough Street
Montgomery, Alabama 36130

Dear Mr. Lindsey:

The transfer of ownership and titles has been completed. I am enclosing three APC-100 forms for our plants at River Falls, Evergreen, and Lockhart.

These are now properly known as TMA Forest Products Group, a division of Tennessee River Pulp & Paper Company, Counce, Tennessee, which in turn is a subsidiary of Packaging Corporation of America.

Kindly contact us for any additional information you wish concerning these sources.

Sincerely,

James R. Forbes
Operations Manager

JRF/sop

Enclosures

RECEIVED
MAR 06 1979
Alabama Air Pollution
Control Commission


EXHIBIT B