IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THOMAS DOUGLAS, as Administrator of the Estate of Sebera Gayle Douglas, deceased, ) ) ) Plaintiff, ) ) v. ) ) TMA FOREST PRODUCTS GROUP, et al. ) ) Defendants. ) | CASE NO. 2:06-CV-188-WKW |

## **ORDER**

It is ORDERED that the defendants shall show cause **on or before May 5, 2006**, why the plaintiff's motion to remand (Doc. # 12) should not be granted.

DONE this the 13th day of April, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE