**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style:**
**Douglas v. TMA Forest Products Group et al**
**Case Number:   2:06-cv-000188-WKW**

**Referenced Pleading: Notice of Appearance  - Doc.  16**

**This Notice of Correction was filed in the referenced case this date to correct the PDF documents attached to this notice.  Please see the correct PDF documents to this notice.**