IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

THOMAS DOUGLAS, Administrator of the
Estate of SEBERA GAYLE DOUGLAS,
Deceased                                                        **PLAINTIFF**

**VERSUS**                            **CIVIL ACTION NO. 2:06-CV-188-WKW**

**TMA FOREST PRODUCTS GROUP; et al.**               **DEFENDANTS**


**MOTION TO CONSOLIDATE**


Comes now the plaintiff in the above styled cause and moves the Court

to consolidate the following actions for purposes of discovery and pre-trial

motions:

> A.    Melanie Chambers, By and through her Mother and Next Friend,
>       Gail Tatum v. PACTIV Corporation and Louisiana-Pacific
>       Corporation
>       2:06CV83-WKW
>
> B.    Rickey Phillips, Administrator of the Estate of Susan Phillips,
>       deceased v. PACTIV Corporation and Louisiana-Pacific
>       Corporation
>       2:06CV84-WKW
>
> C.    Sarah Thompson, Administratrix of the estate of Royce
>       Thompson, deceased v. PACTIV Corporation and
>       Louisiana-Pacific Corporation

2:06CV85-WKW

D.    Lillian Edwards, Administratrix of the Estate of Marvin Mays, deceased v.PACTIV Corporation and Louisiana-Pacific Corporation
2:06CV86-WKW

E.    Janice Madden, Administratrix of the Estate of James Madden, deceased v. TMA Forest Products Group, et al.
2:06-CV-186

F.    Sherri Davis, et al. v. TMA Forest Products Group, et al.
2:06-CV-187

G.    Thomas Douglas, Administrator of the Estate of Sebera Gayle Douglas, deceased v. TMA Forest Products Group, et al.
2:06-CV-188

H.    Lorrine Thompson, Administratrix of the Estate of Jerry Thompson, deceased v. TMA Forest Products Group, et al.
2:06-CV-189

I.    Stanton Kelley, Administrator of the Estate of Willene Kelley, deceased v. TMA Forest Products Group, et al.
2:06-CV-190

J.    Ginger Cravey, Administratrix of the Estate of Riley Cravey, deceased v. TMA Forest Products Group, et al.
2:06-CV-191

The plaintiff would further show and represent that:

1.    The above actions are all pending in this Court before the

Honorable Judge W. Keith Watkins.

2.     The above actions involve many common questions of law and

fact.

3.     Consolidation of the cases would promote judicial efficiency.

Respectfully submitted this 21st day of April, 2006.


                                         /s/ W. Eason Mitchell
                                        W. EASON MITCHELL (MIT020)
                                        The Colom Law Firm, LLC
                                        Post Office Box 866
                                        Columbus, MS 39703-0866
                                        Telephone: 662-327-0903
                                        Facsimile: 662-329-4832

OF COUNSEL:

GREGORY A. CADE (CAD010)
LEE GRESHAM, III (GRE054)
FRED R. DeLEON (DEL021)
Environmental Litigation Group
3529 Seventh Avenue South
Birmingham, AL  35222
Telephone: 205-328-9200
Facsimile: 205-328-9206

## Certificate of Service

I, W. Eason Mitchell, hereby certify that on April 21, 2006, I electronically filed the foregoing *Motion to Consolidate* with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

H. Thomas Wells, Jr., Esq.
John A. Earnhardt, Esq.
Dennis R. Bailey, Esq.
R. Austin Huffaker, Esq.

  /s/ W. Eason Mitchell
W. Eason Mitchell

47154.wpd