IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THOMAS DOUGLAS, as Administrator of the Estate of Sebera Gayle Douglas, deceased, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 2:06-CV-188-WKW ) |
| TMA FOREST PRODUCTS GROUP, et al. | ) ) |
| Defendants. | ) |

## ORDER

It is ORDERED that the defendants shall show cause **on or before May 17, 2006**, why the following motions filed by the plaintiff should not be granted:

1. Motion to Consolidate (Doc. # 21);

2. Motion to Allow Amended Complaint (Doc. # 23).

DONE this the 27th day of April, 2006.

        /s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE