

# CORPORATE DETAILS
## Office of the Secretary of State
## State of Alabama

---

 INITIATE NEW BROWSE

Corporation                                                     D/C 731-089
  Legal Name:    Lockhart Lumber Company, Inc.

  Place Of Inc:  Covington County

  Date Of Inc.:  08-30-1958  Merged.: 11-01-1978

  Merged Into.:  D & D Lumber Company, Inc.

  Reg Agent...:  * Not On Data Base

  Prin Address:  LOCKHART, AL

  Capital Amt.:  $125,000 Authorized  $25,000 Paid In

  Nat Of Bus..:  MFG PULPWOOD, WOOD CHIPS, PAPER WOOD, ETC

  Names Of Inc:  JACKSON, C M
                 LITTLE, GROVER H
                 DIXON, SOLON
                 DIXON, CHARLES

TRANSACTION LIST

 ← PREVIOUS PAGE

---

© 2006, Office of the Secretary of State, State of Alabama



EXHIBIT

1



# TRANSACTIONS

### Office of the Secretary of State
### State of Alabama

---



```
Corporation                                              D/C 731-089
  Legal Name:    Lockhart Lumber Company, Inc.



                ---- Legal Name Merged In: ----------------------------------
11-01-1978..:   Conecuh Lumber Company, Incorporated
```

---

© 2006, Office of the Secretary of State, State of Alabama