

# CORPORATE DETAILS
Office of the Secretary of State
State of Alabama


INITIATE NEW BROWSE

```
Corporation                                              D/C 054-257
  Legal Name:    D & D Lumber Company, Inc.

Place Of Inc:    Montgomery County

Date Of Inc.:    11-13-1978

Reg Agent...:    * Not On Data Base

Prin Address:    MONTGOMERY, AL

Capital Amt.:    $1,000 Authorized   $1,000 Paid In

Nat Of Bus..:    LUMBER TIMBER AND FOREST PRODUCTS ETC

Names Of Inc:    ALLERSMEYER, PAUL S
                 HOENIGMANN, JOHN S
                 HENNELLY, THOMAS G
```

← PREVIOUS PAGE

© 2006, Office of the Secretary of State, State of Alabama


EXHIBIT 9



# CORPORATE DETAILS
## Office of the Secretary of State
## State of Alabama

---

INITIATE NEW BROWSE

```
Corporation                                                D/C 054-271
  Legal Name:    Lockhart Lumber Company, Inc.

Place Of Inc:    Montgomery County

Date Of Inc.:    11-13-1978

Reg Agent...:    * Not On Data Base

Prin Address:    MONTGOMERY, AL

Capital Amt.:    $1,000 Authorized    $1,000 Paid In

Nat Of Bus..:    LUMBER, TIMBER AND FOREST PRODUCTS

Names Of Inc:    ALLERSMEYER, PAUL S
                 HOENIGMANN, JOHN S
                 HENNELLY, THOMAS C
```

← PREVIOUS PAGE



© 2006, Office of the Secretary of State, State of Alabama