# EXHIBIT A

# CERTIFICATE OF GOOD STANDING



*United States of America*

*Northern District of Illinois* }ss. John C. Berghoff Jr.

I, Michael W. Dobbins, Clerk of the United States District Court for the Northern District of Illinois,

DO HEREBY CERTIFY That John C. Berghoff Jr. was dully admitted to practice in said Court on (01/16/1967) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (02/27/2006 )

Michael W. Dobbins, Clerk,
By: David A. Jozwiak
Deputy Clerk