# EXHIBIT C

# CERTIFICATE OF GOOD STANDING



*United States of America*

*Northern District of Illinois* } ss. Matthew C Sostrin

    I, Michael W. Dobbins, Clerk of the United States District Court for the Northern District of Illinois,

    DO HEREBY CERTIFY That Matthew C Sostrin was dully admitted to practice in said Court on (12/18/2003) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (02/27/2006 )

                                    Michael W. Dobbins, Clerk,

                                    By: David A. Jozwiak
                                        Deputy Clerk