IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THOMAS DOUGLAS, as Administrator of the Estate of Sebera Gayle Douglas, deceased, ) ) ) | |
| Plaintiff, ) ) | |
| v.  ) ) | CASE NO. 2:06-CV-188-WKW |
| TMA FOREST PRODUCTS GROUP, et al. ) ) | |
| Defendants. ) | |

**O R D E R**

Upon consideration of the Motion for John C. Berghoff, Jr., Mark R. Ter Molen and Matthew C. Sostrin to Appear Pro Hac Vice (Doc. #30) filed on May 11, 2006, it is hereby

ORDERED that the motion be GRANTED.

DONE this 12th day of May, 2006.

/s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE