IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THOMAS DOUGLAS, as Administrator of the Estate of SEBERA GAYLE DOUGLAS, deceased,<br><br>  Plaintiff,<br><br>vs.<br><br>TMA FOREST PRODUCTS GROUP, et al.<br><br>  Defendants. | CASE NUMBER:<br>2:06-cv-188-WKW-SRW |

**SPECIAL APPEARANCE OF D & D LUMBER COMPANY, INC.**

Defendant D & D Lumber Company, Inc. ("D & D Lumber") submits this Special Appearance for the limited purpose of opposing Plaintiff's Request for Entry of Default. D & D Lumber requests that this Honorable Court enter an order denying Plaintiff's Request for Entry of Default because Plaintiff fraudulently joined D & D Lumber. D & D Lumber also submits that process and service of process are defective in this matter. D & D Lumber discusses these issues in further detail in its Opposition to Plaintiff's Request for Entry of Default and Motion to Dismiss, which has been filed contemporaneous herewith.

                      Respectfully Submitted,


                      _____s/ E. Bryan Nichols_____
                      H. Thomas Wells, Jr.
                      Bar Number: WEL004
                      twells@maynardcooper.com
                      John A. Earnhardt
                      Bar Number: EAR006
                      jearnhardt@maynardcooper.com
                      E. Bryan Nichols
                      Bar Number: NIC036
                      bnichols@maynardcooper.com

**OF COUNSEL:**

MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
Suite 2400
Birmingham, Alabama 35203
Telephone: (205) 254-1000
Facsimile: (205) 254-1999

                      John C. Berghoff Jr
                      Mark R. Ter Molen
                      Matthew C. Sostrin
                      *Admitted Pro Hac Vice*

                      MAYER, BROWN, ROWE & MAW, LLP
                      71 S. Wacker Drive
                      Chicago, Illinois 60606

                      Attorneys for Defendant
                      *D & D Lumber Company, Inc.*

**CERTIFICATE OF SERVICE**

     I hereby certify that on May 12, 2006, I served the foregoing upon the following persons via U.S. Mail:

*COUNSEL FOR DEFENDANTS LOUISIANA-PACIFIC CORPORATION*

Dennis R. Bailey
R. Austin Huffaker
Rushton, Stakely, Johnston & Garrett
P. O. Box 270
Montgomery, AL  36101

*COUNSEL FOR PLAINTIFF*

W. Eason Mitchell
Colon Law Firm
P. O. Box 866
Columbus, MS  39703

Gregory A. Cade
W. Lee Gresham III
Fred R. DeLeon
Environmental Litigation Group
3529 Seventh Avenue South
Birmingham, AL  35222

                                  s/ E. Bryan Nichols
                                  E. Bryan Nichols
                                  1901 Sixth Avenue North
                                  Suite 2400
                                  Birmingham, Alabama 35203
                                  Telephone: (205) 254-1184
                                  Facsimile: (205) 254-1999
                                  E-mail: bnichols@maynardcooper.com
                                  Bar Number: NIC036

01334214.7