**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                                            TELEPHONE (334) 954-3600

May 22, 2006

# NOTICE OF CORRECTION

From:   Clerk's Office

Case Style:   Douglas v. TMA Forest Products Group et al

Case Number:   2:06-cv-00188-WKW

**This Notice of Correction was filed in the referenced case this date to add the corrected PDF documents for Exhibits A & B  previously attached.**

**The corrected Exhibits A & B  PDF documents are attached to this notice for your review. Reference is made to document # 39   filed on    May 18, 2006.**