**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

**THOMAS DOUGLAS, Administrator of the
Estate of SEBERA GAYLE DOUGLAS,
Deceased**                                                                  **PLAINTIFF**

**VERSUS**                              **CIVIL ACTION NO. 2:06-CV-188-WKW**

**PACTIV CORPORATION; et al.**                                **DEFENDANTS**

**RESPONSE TO MOTION TO SET ASIDE ENTRY OF DEFAULT**

Comes now the Plaintiff and in response to the motion of D & D

Lumber Company, Inc. to set aside the clerk's entry of default says as

follows:

Plaintiff is not opposed to the Defendants' motion to set aside the

entry of default.

Respectfully submitted this 22nd day of May, 2006.

                                         /s/ W. Eason Mitchell
                                         W. EASON MITCHELL (MIT020)
                                         The Colom Law Firm, LLC
                                         Post Office Box 866
                                         Columbus, MS 39703-0866
                                         Telephone: 662-327-0903
                                         Facsimile: 662-329-4832
                                         emitchell@colom.com

## Certificate of Service

I, W. Eason Mitchell, hereby certify that on May 22, 2006, I electronically filed the foregoing *Response to Motion to Set Aside Entry of Default* with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

Dennis R. Bailey
John Aaron Earnhardt
W. Lee Gresham , III
R. Austin Huffaker , Jr
Edwin Bryan Nichols
Matthew C. Sostrin
Mark R. Ter Molen
H. Thomas Wells , Jr
John C. Berghoff , Jr

/s/ W. Eason Mitchell
W. Eason Mitchell

50681.wpd