IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THOMAS DOUGLAS, as Administrator of the Estate of SEBERA GAYLE DOUGLAS, deceased,  )<br><br>Plaintiff,  )<br><br>v.  )<br><br>TMA FOREST PRODUCTS GROUP, *et al.*,  )<br><br>Defendants.  ) | Civ. Action No. 2:06-CV-188-WKW<br><br>(Removed from the Circuit Court of Covington County, Alabama) |

**NOTICE OF APPEARANCE**

Laura Proctor, Esq. hereby enters her appearance as additional counsel for Defendant Louisiana-Pacific Corporation in the above-styled action. The undersigned requests that full copies of all pleadings, motions, notices, etc. be served upon her.

Respectfully submitted this 23rd day of May, 2006.

/s/ Laura Proctor
Laura Proctor
Alabama Bar No. ASB-1504-R54L

Associate General Counsel, Louisiana-Pacific Corporation

Louisiana-Pacific Corporation
414 Union Street North, Suite 2000
Nashville, Tennessee 37219

ATL01/12222683v1

- 2 -

OF COUNSEL:

Dennis R. Bailey
R. Austin Huffaker
Rushton, Stakely, Johnson & Garrett, P.A.
184 Commerce Street
Post Office Box 270
Montgomery, AL 36101
Tel:  (334) 206-3100
Fax:  (334) 262-6277
drb@rsjg.com (Bailey)
rah2@rsjg.com (Huffaker)

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of May, 2006, I filed the foregoing via the CM/ECF system which will send notice of said filing to the following:

W. Eason Mitchell

Gregory A. Cade

Fred R. DeLeon

W. Lee Gresham, III

H. Thomas Wells, Jr.

John A. Earnhardt

E. Bryan Nichols

/s/ Laura Proctor
Of Counsel

- 2 -

ATL01/12222683v1