IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THOMAS DOUGLAS, as Administrator of the Estate of Sebera Gayle Douglas, deceased,<br><br>Plaintiff,<br><br>v.<br><br>TMA FOREST PRODUCTS GROUP, et al.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) CASE NO. 2:06-CV-188-WKW<br>)<br>)<br>)<br>) |

# **O R D E R**

Upon consideration of the Motion for Orlyn O. Lockard, III, Douglas Sheppard Arnold, and Bernard Taylor, Sr. to Appear Pro Hac Vice (Doc. # 39) filed on May 18, 2006, it is hereby

ORDERED that the motion be GRANTED.

DONE this 23rd day of May, 2006.

                                            /s/ W. Keith Watkins
                                    UNITED STATES DISTRICT JUDGE