**<u>MINUTES</u>**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON. <u>KEITH WATKINS,</u> JUDGE                    AT MONTGOMERY, ALABAMA

DATE COMMENCED <u>MAY 23, 2006</u>                 AT <u>4:00</u> A.M./P.M.

DATE COMPLETED <u>MAY 23, 2006    </u>           AT <u>4:50</u> A.M./P.M.

| | | |
|---|---|---|
| THOMAS DOUGLAS | ) | Civil Action No. |
| | ) | 2:06cv188-WKW |
| vs. | ) | |
| | ) | |
| PACTIV CORPORATION, ET AL. | ) | |

| <u>PLAINTIFF(S)/GOVERNMENT</u> | APPEARANCES | <u>DEFENDANT(S)</u> |
|---|---|---|
| Atty. Gregory Andrews Cade | X | Atty. Douglas Arnold |
| Atty. William Eason Mitchell | X | Atty. Dennis Bailey |
| Atty. Robert Leslie Palmer | X | Atty. Laura Proctor |
| | X | Atty. Bernard Taylor |
| | X | Atty. Orlyn Lockard |
| | X | |
| | X | |

<u>COURT OFFICIALS PRESENT:</u>

| | | |
|---|---|---|
| Ann Roy | Angela Reitler | Risa Entrekin |
| Courtroom Deputy | Law Clerk | Court Reporter |

<u>COURTROOM PROCEEDINGS:</u>

STATUS CONFERENCE

4:00        Status Conference commenced. Introduction of attorneys
            and review of parties;
            Court advised by counsel that these cases will have two
            defendants only - Pactiv Corporation and Louisiana-
            Pacific Corporation.
            Parties agree there are no distinctives other than
            damages; parties also agree that the  agreed motion to
            dismiss will dispose of the motion to dismiss D&D Lumber
            Company and that the motion to dismiss includes the motion
            to strike and request for entry of default.
            Continuing conduct issues debated by both parties;
            Court advises parties they are allowed to amend the
            complaint to allege wrongful death claims.
            Parties advised by Court that cases will be consolidated
            for discovery purposes only and that Magistrate Judge
            Charles S. Coody will handle these issues;
            Orders to issue concerning pending motions;
4:50        Conference concluded.