IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THOMAS DOUGLAS, as Administrator of the Estate of Sebera Gayle Douglas, deceased, <br><br> Plaintiff, <br><br> v. <br><br> TMA FOREST PRODUCTS GROUP, et al. <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> )  CASE NO. 2:06-CV-188-WKW <br> ) <br> ) <br> ) <br> ) |

**ORDER**

It is ORDERED that Defendants shall have until 5:00 p.m. on Friday, May 26, 2006, to inform the Court of any consolidation (for discovery only) issues not addressed at the May 23, 2006 status conference.

DONE this the 24th day of May, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE