IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

THOMAS DOUGLAS, Administrator of the
Estate of SEBERA GAYLE DOUGLAS,
Deceased                                                                                          PLAINTIFF

VERSUS                                              CIVIL ACTION NO. 2:06-CV-188-WKW

PACTIV CORPORATION; et al.                                                          DEFENDANTS

REPORT TO COURT ON COMPLIANCE WITH
ORDER TO PROVIDE DEFENDANTS MEDICAL
RELEASES AND OTHER INFORMATION

The Plaintiff has complied with the Court's order by providing Defendants with executed medical releases on a form provided by Defendants, as well as the medical and employment information ordered, to the best of the witnesses' recollection for all of the proposed witnesses.

Plaintiff has conferred with Defendants on timing as ordered by the Court and the parties could not agree. Plaintiff requests that this Court establish the dates that depositions will take place and that the Court place reasonable time limits on the parties' examination. Plaintiff requests two

weeks notice of the date and will accept whatever dates and time limits that the Court provides.

Respectfully submitted this 7th day of June, 2006.

/s/ W. Eason Mitchell
W. EASON MITCHELL (MIT020)
The Colom Law Firm, LLC
Post Office Box 866
Columbus, MS 39703-0866
Telephone: 662-327-0903
Facsimile: 662-329-4832

## Certificate of Service

I, W. Eason Mitchell, hereby certify that on June 7, 2006, I electronically filed the foregoing *Report to Court on Compliance with Order to Provide Defendants Medical Releases and Other Information* with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

>H. Thomas Wells, Jr., Esq.
>John A. Earnhardt, Esq.
>Dennis R. Bailey, Esq.
>R. Austin Huffaker, Esq.
>Edwin Bryan Nichols, Esq.
>Erin O'Kane Scott, Esq.
>John C. Berghoff, Jr, Esq.
>Matthew C. Sostrin, Esq.
>Mark R. Ter Molen, Esq.

>/s/ W. Eason Mitchell
>W. Eason Mitchell

61528.wpd