## UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

ELEPHONE (334) 954-3600

July 24, 2006

# NOTICE OF CORRECTION

FROM:      Clerk's Office

Case Style:  Douglas v. Pactiv Corporation et al

Case No.:    2:06cv188-LES
            Document 63 Response in Opposition to Motion to Compen

This Notice of Correction was filed in the referenced case this date to enter the corrected pdf for this document.  When originally e-filed, this document contained pages that should have been filed in related cases 2:06cv187 and 2:06cv191. A copy of the corrected response is attached to this Notice of Correction.